Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>DOTS, LLC; *et al.*,<br><br>       Defendants. | Case No.: CV11-10512 MWF (FFMx)<br>*Honorable Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

- 1 -

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. This action is dismissed with prejudice;

B. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

C. The parties to this stipulation will each bear their own costs as incurred against one another in this action.

SO ORDERED.

Date: September 14, 2012         By: _____
                                 HONORABLE MICHAEL W. FITZGERALD
                                 U.S. DISTRICT COURT

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION